1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**OMAR A. SIDDIQUI, ESQ. (SBN 213581)**
**DANIEL M. JOSEPHSON, ESQ. (SBN 245895)**
**JONATHAN C. HATFIELD, ESQ. (SBN 292198)**
Ulwelling | Siddiqui LLP
Park Tower, Suite 700
695 Town Center Drive
Costa Mesa, California  92626
Telephone:  (714) 384-6650
Facsimile: (714) 384-6651
osiddiqui@usllp.com
djosephson@usllp.com
jhatfield@usllp.com

Attorneys for Plaintiff,
**SALIM  ELHALWANI**

**LOUIS F. TERAN (SBN 249494)**
lteran@slclg.com
**SLC LAW GROUP**
1055 E. Colorado Blvd. Suite #500
Pasadena, CA 91106
Telephone:  (818) 484-3217 x200
Facsimile:   (866) 665-8877

Attorneys for Defendant/ Plaintiff,
**HANI NAIM SAEED SHARAF**

**NATU J. PATEL (SBN 188618)**
**JASON CHUAN (SBN 261868)**
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, CA 92653
Office: (949) 955-1077
Facsimile: (949) 955-1877
NPatel@thepatellawfirm.com
JChuan@thepatellawfirm.com

Attorneys for Defendant,
**STARBUZZ TOBACCO, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| SALIM ELHALWANI, an individual,<br><br>Plaintiff, | CASE NO.:  SACV14-00541 JVS (DFMx)<br>*[Consolidated with: SACV14-01522 JVS (DFMx)]* |

|   |   |
|---|---|
| 1 | vs. |
| 2 | |
| 3 | HANI NAIM SAEED SHARAF, a |
| 4 | foreign national, |
| 5 | |
| 6 | Defendant. |

Hon. Judge James V. Selna

**JOINT REPORT OF PARTIES' CONFERENCE OF COUNSEL RE: TRIAL & PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

**Consolidated with:**
*Hani Haim Saeed Sharaf (Plaintiff)*
*v.*
*Starbuzz Tobacco, Inc. (Defendant),*
*Case No. SACV14-00541 JVS (DFMx)*

Pursuant to the Court's Order of March 30, 2015, granting Plaintiff SALIM ELHALWANI's ("Elhalwani") Motion to Consolidate, Plaintiff Elhalwani, Defendant/ Plaintiff HANI NAIM SAEED SHARAF ("Sharaf"), and Defendant STARBUZZ TOBACCO, INC. ("Starbuzz") have engaged in a Conference of Counsel and hereby submit this Joint Report Re: Trial & Presumptive Schedule of Pretrial Dates for the Court's review and consideration.

///
///
///
///
///
///
///
///
///

The Parties hereby stipulate to the proposed trial and pre-trial dates as outlined on the attached Exhibit "A".

SO STIPULATED.

Respectfully Submitted,

DATE: March 30, 2015

**ULWELLING SIDDIQUI, LLP**

 _/s/ Omar A. Siddiqui/_____
**OMAR A. SIDDIQUI, ESQ.**
**DANIEL M. JOSEPHSON, ESQ.**
**JONATHAN C. HATFIELD, ESQ.**
Attorneys for Plaintiff
**SALIM ELHALWANI**

DATED:  March 30, 2015

**SLC LAW GROUP**

 _/s/ Louis F. Teran/_____

**LOUIS F. TERAN**
Attorney for Defendant/ Plaintiff
**HANI NAIM SAEED SHARAF**

Dated:    March 30, 2015

**THE PATEL LAW FIRM, P.C.**

 _/s/ Natu J. Patel /_____
**NATU J. PATEL**
Attorney for Defendant,
**STARBUZZ TOBACCO,  INC.**

## EXHIBIT A
## PRESUMPTIVE SCHEDULE OF PRETRIAL DATES
### *Salim Elhalwani v. Hani Naim Saeed Sharaf*
### *USDC Case No. SACV 14-00541 JVS (DFMx)*
### JUDGE JAMES V. SELNA

| Matter | Time | Weeks before trial | Date Requested | Court Order |
|---|---|---|---|---|
| Trial (**jury**) Estimated length: 7-10 court days | 8:30 a.m. (Tuesdays) | | March 8, 2016 | |
| [Court trial:]  File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | March 1, 2016 | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructed and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to-Statement of Case | 11:00 a.m. (Mondays) | -2 | February 22, 2016 | |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | February 16, 2016 | |
| Last day for hand-serving Motions in Limine | | - 6 | January 26, 2016 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | January 25, 2016 | |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | -11 | December 22, 2015 | |
| Non-Expert Discovery Cut-off | | -15 | November 24, 2015 | |

## ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-14 Settlement Choice: (1) CT/USMJ  (2) Court Mediation Panel   (3)  Private ADR

| Matter | | | Date | |
|---|---|---|---|---|
| Expert discovery cut-off | | | December 23, 2015 | |
| Rebuttal Expert Witness Disclosure | | | December 1, 2015 | |
| Opening Expert Witness Disclosure [*See* Fed. R. Civ. P. 26(a)(2)] | | | November 2, 2015 | |
| Last day to conduct Settlement Conference | | | October 30, 2015 | |
| Last Day to Amend Pleadings or Add Parties | | | March 30, 2015 | |

Joint Report of Parties' Conference of Counsel
CASE NO. SACV14-00541 JVS (DFMx)