UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV14-00541-JVS (DFMx) | Date | December 7, 2015 |
|---|---|---|---|
| Title | Hani Naim Saeed Sharaf v. Starbuzz Tobacco, Inc. | | |

Present: The Honorable   Douglas F. McCormick

| Terri Steele | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Continuing Hearing on Discovery Motions [Dkts. 56 and 57]

    The Court orders the hearing on (1) Salim Elhalwani's Motion to Compel Payment of Costs for Video Conference Deposition [Dkt. 56]; and, (2) Starbuzz Tobacco's Motion to Compel Further Responses to Interrogatories, Set Three [Dkt. 57] continued for one week to December 22, 2015, at 10:00 a.m. in Courtroom 6B before Magistrate Judge Douglas F. McCormick.

| | : |
|---|---|
| Initials of Clerk | ts |